1

2

3

4

5

6

7                                UNITED STATES DISTRICT COURT

8                           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10    AARON HUDSON,                                   No.  2:20-cv-0412 DB P

11                        Plaintiff,

12          v.                                        ORDER

13    RONALD A. LAWRENCE, et al.,

14                        Defendants.

15

16          Plaintiff, who is detained in county jail, proceeding pro se with a civil rights action, has

17    requested appointment of counsel.

18          The United States Supreme Court has ruled that district courts lack authority to require

19    counsel to represent indigent prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490

20    U.S. 296, 298 (1989).  In certain exceptional circumstances, the district court may request the

21    voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d

22    1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).

23          The test for exceptional circumstances requires the court to evaluate the plaintiff's

24    likelihood of success on the merits and the ability of the plaintiff to articulate his claims pro se in

25    light of the complexity of the legal issues involved.  See Wilborn v. Escalderon, 789 F.2d 1328,

26    1331 (9th Cir. 1986); Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983). Circumstances

27    common to most prisoners, such as lack of legal education and limited law library access, do not

28    establish exceptional circumstances that would warrant a request for voluntary assistance of

1

1  counsel.  In the present case, the court does not find the required exceptional circumstances.

2        Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for the appointment of

3  counsel (ECF No. 8) is denied.

4  Dated:  March 20, 2021

5

6                                                    _____

7                                                    DEBORAH BARNES

8                                                    UNITED STATES MAGISTRATE JUDGE

/DLB7;
DB/Inbox/Routine/well0412.31

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28